IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-24,852-04





EX PARTE PEDRO SOLIS SOSA







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. W27729 FROM THE


81
ST DISTRICT COURT OF ATASCOSA COUNTY





Per Curiam.


ORDER



 This is a Motion for Stay of Execution. The convicting court properly exercised its
authority under Texas Code of Criminal Procedure, Article 43.141(d)(1) and has
withdrawn the death warrant pending resolution of issues in a subsequent application for
writ of habeas corpus which this Court has remanded to the convicting court. The
applicant's motion is now moot and is dismissed.

 IT IS SO ORDERED THIS THE 20TH DAY OF SEPTEMBER, 2006.

Do Not Publish